[No. 45308-4-I.   Division One.   October 23, 2000.]

THE STATE OF WASHINGTON, *Appellant*, v. EDWARD FORD, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-01708-7, Carol A. Schapira, J., entered September 7, 1999. *Remanded* by unpublished per curiam opinion.

[No. 45425-1-I.   Division One.   October 23, 2000.]

THE STATE OF WASHINGTON, *Appellant*, v. TERRY MARTIN PELLEGRINI, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-01663-3, Dean Scott Lum, J., entered September 13, 1999. *Remanded* by unpublished per curiam opinion.

[No. 45447-1-I.   Division One.   October 23, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. JESSICA J. TROMBLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 99-1-01378-1, Richard J. Thorpe, J., entered October 22, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 45484-6-I.   Division One.   October 23, 2000.]

THE STATE OF WASHINGTON, *Appellant*, v. EDWARD ONEAL PRINCE, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-06095-1, Ronald Kessler, J., entered October 6, 2000. *Remanded* by unpublished per curiam opinion.